# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN BERNARD BLACKSTONE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-1786 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| CO WILDIE RICHTER, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636 and Local Rule of Civil Procedure 72.

On May 28, 2015, the Magistrate Judge issued a Report (Doc. 60) recommending that Defendant's Motion for Summary Judgment (Doc. 51) be granted. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it is hereby ORDERED that Defendant's Motion for Summary Judgment (**Doc. 51**) is **GRANTED,** and the Magistrate Judge's Report and Recommendation is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


June 16, 2015                                        s\Cathy Bissoon
                                                     Cathy Bissoon
                                                     United States District Judge

cc (via First-Class U.S. mail):

Stephen Bernard Blackstone
GE-5445
S.C.I. Greene
175 Progress Drive
Waynesburg, PA  15370


cc (via ECF email notification):

All Counsel of Record